

# United States District Court
# Eastern District of California

| TIMOTHY MASTERS, et. al. | Case Number: 2:25-cv-00103-DC-AC |
|---|---|
| Plaintiff(s) | |
| V. | |
| HYUNDAI MOTOR AMERICA, INC., et. al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Matthew Papkin hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Hyundai Motor America and Kia America Inc.

On 10/01/2013 (date), I was admitted to practice and presently in good standing in the Florida Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/16/2025                Signature of Applicant: /s/ Matthew Papkin

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Matthew Papkin |
| Law Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 600 Brickell Avenue, Suite 1600 |
| City: | Miami    State: FL    Zip: 33131 |
| Phone Number w/Area Code: | (305) 415-3000 |
| City and State of Residence: | Delray Beach, Florida |
| Primary E-mail Address: | matthew.papkin@morganlewis.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Lisa Weddle |
| Law Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 300 South Grand Avenue, Suite 2200 |
| City: | Los Angeles    State: CA    Zip: 90071 |
| Phone Number w/Area Code: | (213) 612-2500    Bar #: 259050 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 16, 2025

*Dena Coggins*
United States District Judge