Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Shahin Rezvani (SBN 199614)
Shahin.Rezvani@capstonelawyers.com
Abigail Gertner (*pro hac vice*)
Abigail.Gertner@capstonelawyers.com
Majdi Hijazin (*pro hac vice*)
Majdi.Hijazin@capstonelawyers.com
Nate N. Kiyam (SBN317677)
Nate.Kiyam@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:     (310) 556-4811
Facsimile:     (310) 943-0396

Russell D. Paul (*pro hac vice*)
rpaul@bm.net
Amey J. Park (*pro hac vice*)
apark@bm.net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Signature Page]

Lisa R. Weddle, Bar No. 259050
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Suite 2200
Los Angeles, CA 90071-3132
Tel:  +1.213.612.2500
Fax: +1. 213.612.2501
lisa.weddle@morganlewis.com

April N. Ross (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:  +1.202.739.3000
Fax:  +1.202.739.3001
april.ross@morganlewis.com

Matthew Papkin (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel:  +1305.415.3000
Fax:  +1.305.415.3001
matthew.papkin@morganlewis.com

*Attorneys for Hyundai Motor America, Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MASTERS and LISA GARCIA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA., INC., a California corporation, and HYUNDAI MOTOR COMPANY, a South Korean corporation,<br><br>Defendants. | Case No. 2:25-cv-00103-DC-AC<br><br>Assigned to Hon. Dena Coggins<br><br>**JOINT STIPULATION REGARDING DISCOVERY AND DISMISSAL OF HYUNDAI MOTOR CORPORATION; [~~PROPOSED~~] ORDER** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
MORGAN, LEWIS &
BOCKIUS LLP

JOINT STIPULATION REGARDING
DISCOVERY AND DISMISSAL OF
HYUNDAI MOTOR CORPORATION

Plaintiffs Timothy Masters and Lisa Garcia, individually and on behalf of a class of similarly situated individuals ("Plaintiffs") and Hyundai Motor America, Inc. ("HMA") have agreed to the following regarding discovery from and dismissal of Hyundai Motor Company ("HMC"), and respectfully request the Court to adopt the following Stipulation as the Order of the Court:

WHEREAS, Plaintiff Timothy Masters filed the Class Action Complaint (the "Complaint") in the above-captioned action on January 9, 2025 (Dkt. 1) naming HMA and HMC;

WHEREAS, HMA was served the Complaint on February 19, 2025 (see Dkt. 16);

WHEREAS, Plaintiffs filed the First Amended Class Action Complaint (the "First Amended Complaint") on April 7, 2025 (Dkt. 24);

WHEREAS, on June 6, 2025, HMA responded to the First Amended Complaint with a Motion to Compel Arbitration (Dkt. 35) and a Motion to Dismiss (Dkt. 37);

WHEREAS, HMC is a Korean corporation that contends that it is not subject to the personal jurisdiction of this Court, and the parties have agreed that this Stipulation, if entered by the Court, may not be construed to establish personal jurisdiction over HMC, or as a waiver of any defense herein; and

WHEREAS, Plaintiffs and HMA enter into this Stipulation and Agreement so that they need not incur the expense of motion practice over service and jurisdictional issues relating to HMC.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Civil Rule 7-1, by and between the undersigned counsel for the undersigned Parties, subject to Court approval, as follows:

1.      Subject to the terms provided herein, Plaintiffs agree to voluntarily dismiss HMC, without prejudice, as a defendant in this action within 7 days of the Court approving this Stipulation.

2.      If, and only if, the action is not compelled into arbitration and/or is not stayed or dismissed in its entirety, the Parties agree to the following discovery procedures:

a.      Pursuant to the terms below, in responding to written discovery from any Plaintiff, HMA agrees to conduct a reasonable search and produce non-privileged, relevant

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

JOINT STIPULATION REGARDING
DISCOVERY AND DISMISSAL OF
HYUNDAI MOTOR CORPORATION

documents and information, subject to an appropriate protective order for confidential and private information, regarding design, development, testing, manufacturing and/or recall of the fuel tank or fuel tank assembly in model year 2020-2024 Hyundai Sonata vehicles that is in the possession, custody, or control of HMC that is not otherwise in the possession, custody or control of HMA. HMA reserves the right to make any valid objections that would be appropriate to Plaintiffs' discovery but will not object to discovery directed to HMA on the basis that it should have been directed to HMC. To the extent Plaintiffs serve discovery upon HMA that seek documents or information not in HMA's possession, custody, or control but in the possession, custody, or control of HMC, HMA will, in good faith, coordinate with HMC to request a reasonable search for such documents or information in accordance with the Federal Rules of Civil Procedure.

  b. Plaintiffs agree to provide HMA with an additional forty-five (45) days—for a total of seventy-five (75) days—to respond to discovery, so as to allow HMA to respond to requests that seek documents or information in the possession, custody, or control of HMC.

  c. Plaintiffs agree to enter into an appropriate Protective Order regarding HMA and HMC's confidential documents and other private information.

  d. Plaintiffs will provide reasonable written notice for any Rule 30(b)(1) depositions of HMA personnel and will coordinate a date that is convenient for all Parties and their attorneys. Plaintiffs will provide sixty (60)-days' notice for any Rule 30(b)(6) deposition of HMA so as to allow sufficient time for the required meet and confer on proposed topics and to allow HMA sufficient time to designate appropriate witnesses once the topics are confirmed. Any deposition of HMA personnel or corporate designee will proceed in Orange County or Los Angeles, California, at a place to be determined by HMA, or by video-conference during normal business hours in California with the witness and their counsel permitted to appear in California. Plaintiffs may proceed to conduct the deposition by video-conference at their discretion. Any notice of Rule 30(b)(6) deposition

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

JOINT STIPULATION REGARDING
DISCOVERY AND DISMISSAL OF
HYUNDAI MOTOR CORPORATION

of HMA, shall be limited to topics seeking information within HMA's possession, custody, or control.

e.      To the extent Plaintiffs seek a deposition of an HMC corporate designee, counsel for HMA agree to accept service of a deposition notice/subpoena. Plaintiffs will provide sixty (60)-days' notice for any deposition of an HMC corporate designee. The deposition will be restricted to a single HMC corporate designee, no more than five (5) noticed topics, and shall be no longer than 7-hours of testimony on the record (including any time for translation). Any deposition of HMC personnel located in the Republic of Korea in the action will proceed in Seoul, Republic of Korea, or by video-conference during normal business hours in the Republic of Korea with the witness and their counsel permitted to appear in the Republic of Korea. Plaintiffs may proceed to conduct the depositions by video-conference at their discretion.

f.      To the extent that an HMA or HMC corporate designee reasonably needs additional time to prepare for any deposition, Plaintiffs will agree to provide a reasonable, additional time period for preparation.

g.      HMA reserves the right to make any valid objections that would be appropriate to Plaintiffs' deposition notice(s).

h.      HMA will undertake this effort so long as Plaintiffs shall not contend that this Stipulation and Agreement somehow constitutes evidence, or a concession or agreement by HMA or HMC, that the documents, information and/or deponents HMC agrees to provide are, in fact, in HMA's possession, custody or control, or that HMA has a right to direct HMC to produce documents, information and/or deponents.

3.      Plaintiffs acknowledge and agree that HMC has not waived any personal jurisdiction defense and that Plaintiffs may not use this Stipulation and Agreement to oppose in any way a jurisdictional challenge by HMC.

4.      This Stipulation and Agreement is limited to the above-captioned litigation and should not be construed as an agreement by HMA or HMC to waive the requirements of Federal

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

JOINT STIPULATION REGARDING
DISCOVERY AND DISMISSAL OF
HYUNDAI MOTOR CORPORATION

Rules of Civil Procedure 4(d) and/or the Hague Service Convention in any other litigation or for any other purpose.

5.    This Stipulation and Agreement shall expire upon the dismissal of all claims against HMA in this case.

6.    Either party to this Stipulation may terminate it by giving thirty (30) days' written notice of such termination to be calculated from the date the notice is sent to the individuals designated below for each party.

IT IS SO STIPULATED.

Dated: January 23, 2026

By: */s/  Lisa R. Weddle*

Lisa R. Weddle, (SBN 259050)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Ave, Suite 2200
Los Angeles, CA 90071-3132
Tel:       (213) 612.2500
Fax:       (213) 612.2501
lisa.weddle@morganlewis.com

April N. Ross (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave, NW
Washington, DC 20004
Tel:       (202) 739.3000
Fax:       (202) 739.3001
april.ross@morganlewis.com

Matthew Papkin (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Ave, Suite 1600
Miami, FL 33131-3075
Tel:       (305) 415.3000
Fax:       (305) 415.3001
matthew.papkin@morganlewis.com

Attorneys for Defendant
Hyundai Motor America, Inc.

*Continued on next page*

By: */s/Abigail J. Gertner*

Cody R. Padgett (SBN 275553)
Abigail J. Gertner (*pro hac vice*)
Majdi Hijazin (*pro hac vice*)
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396
Cody.Padgett@capstonelawyers.com
Abigail.Gertner@capstonelawyers.com
Majdi.Hijazin@capstonelawyers.com

Russell D. Paul (*pro hac vice* forthcoming)
Amey J. Park (*pro hac vice* forthcoming)
BERGER MONTAGUE PC

1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel:       (215) 875-3000
Fax:       (215) 875-4604
rpaul@bm.net
apark@bm.net

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

5

JOINT STIPULATION REGARDING
DISCOVERY AND DISMISSAL OF
HYUNDAI MOTOR CORPORATION

Greg Coleman (*pro hac vice* forthcoming)
Will Ladnier (*pro hac vice* forthcoming)
Adam Edwards (*pro hac vice* forthcoming)
MILBERG COLEMAN BRYSON PHILIPS GROSSMAN
800 S. Gay St., Suite 1100
Knoxville, TN 37929
Tel:            (866) (252- 0878
gcoleman@milberg.com
wladnier@milberg.com
aedwards@milberg.com

Scott R. Jeeves (*pro hac vice* forthcoming)
JEEVES MANDEL LAW GROUP PC
701 S. Howard Ave., Suite 201
Tampa, FL 33606
Tel:            (813) 249-2929
sjeeves@jeeveslawgroup.com

Roger L. Mandel (*pro hac vice* forthcoming)
JEEVES MANDEL LAW GROUP PC
2833 Crockett St., Suite 135
Fort Worth, TX 76107
Tel:            (214) 253-8300
rmandel@jeevesmandellawgroup.com


Attorneys for Plaintiffs

In accordance with the following stipulation **IT IS SO ORDERED**.


Dated:  March 25, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

6

JOINT STIPULATION REGARDING
DISCOVERY AND DISMISSAL OF
HYUNDAI MOTOR CORPORATION