Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Shahin Rezvani (SBN 199614)
Shahin.Rezvani@capstonelawyers.com
Abigail Gertner (*pro hac vice*)
Abigail.Gertner@capstonelawyers.com
Majdi Hijazin (*pro hac vice*)
Majdi.Hijazin@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

*Attorneys for Plaintiffs*

*[Additional Counsel Listed
on Signature Page]*

Lisa R. Weddle, Bar No. 259050
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Suite 2200
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1. 213.612.2501
lisa.weddle@morganlewis.com

April N. Ross (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: +1.202.739.3000
Fax: +1.202.739.3001
april.ross@morganlewis.com

Matthew Papkin (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel: +1305.415.3000
Fax: +1.305.415.3001
matthew.papkin@morganlewis.com

*Attorneys for Hyundai Motor America, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MASTERS and LISA GARCIA, individually, and on behalf of a class of similarly situated individuals,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HYUNDAI MOTOR AMERICA., INC., a California corporation, and HYUNDAI MOTOR COMPANY, a South Korean corporation,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00103-DC-AC<br><br>**STIPULATION OF DISMISSAL OF HYUNDAI MOTOR CORPORATION**<br><br>The Hon. Dena Coggins<br><br>Trial Date:　　None Set |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Timothy Masters and Lisa Garcia, and Defendant Hyundai Motor America, Inc., by and through their respective counsel of record, hereby stipulate to the voluntary dismissal—without prejudice—of Defendant Hyundai Motor Company from the action. Each party to this dismissal shall bear its own attorneys' fees and costs.

Date: March 31, 2026                          Respectfully submitted,

*/s/ Cody R. Padgett*
Cody R. Padgett
Shahin Rezvani
Abigail Gertner (*pro hac vice*)
Majdi Hijazin (*pro hac vice*)
CAPSTONE LAW APC
1875 Century Park East, Suite 1860
Los Angeles, CA 90067
310.556.4811
Cody.Padgett@capstonelawyers.com
Shahin.Rezvani@capstonelawyers.com
Abigail.Gertner@capstonelawyers.com
Majdi.Hijazin@capstonelawyers.com

Russell D. Paul (*pro hac vice*)
Amey J. Park (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
rpaul@bergermontague.com
apark@bergermontague.com

Will Ladnier (pro hac vice forthcoming)
Adam Edwards (pro hac vice forthcoming)
MILBERG COLEMAN BRYSON PHILIPS GROSSMAN
800 S. Gay St., Suite 1100
Knoxville, TN 37929
Tel: (866) (252- 0878
wladnier@milberg.com

aedwards@milberg.com

Scott R. Jeeves (pro hac vice forthcoming)
JEEVES MANDEL LAW GROUP PC
701 S. Howard Ave., Suite 201
Tampa, FL 33606
Tel: (813) 249-2929
sjeeves@jeeveslawgroup.com

Roger L. Mandel (pro hac vice forthcoming)
JEEVES MANDEL LAW GROUP PC
2833 Crockett St., Suite 135
Fort Worth, TX 76107
Tel: (214) 253-8300
rmandel@jeevesmandellawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

Date: March 31, 2026                        Respectfully submitted,

*/s/ Lisa R. Weddle*
Lisa R. Weddle, Bar No. 259050
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Suite 2200
Los Angeles, CA 90071-3132
Tel:  +1.213.612.2500
Fax: +1. 213.612.2501
lisa.weddle@morganlewis.com

April N. Ross (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:  +1.202.739.3000
Fax:  +1.202.739.3001
april.ross@morganlewis.com

Matthew Papkin (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel:  +1305.415.3000
Fax:  +1.305.415.3001
matthew.papkin@morganlewis.com

*Attorneys for Defendant Hyundai Motor America, Inc.*

STIPULATION OF DISMISSAL OF HYUNDAI MOTOR CORPORATION                    2
Case No.: 2:25-cv-00103-DC-AC